UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JENISA ANGELES,

                Plaintiff,                      **ORDER**

      -against-                     **23-cv-5933 (PAE) (JW)**

LEGALLY ADDICTIVE FOODS, LLC,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **October 31, 2023** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in December, January, or February. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement.

Should either Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay a jury award, or lack of access to cash to fund a settlement, the Parties are strongly encouraged to discuss such issues with opposing counsel prior to

the settlement conference, and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

SO ORDERED.

DATED:   New York, New York
         October 12, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge